# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jerome Swift

                              Plaintiff,

v.                                                        Case No.: 1:16–cv–04362
                                                               Honorable Marvin E. Aspen

Federal Express Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 23, 2019:

      MINUTE entry before the Honorable Marvin E. Aspen: Pursuant to the stipulation to dismiss [145], this case is dismissed with prejudice with each party to bear its own costs. Motions terminated. Civil case terminated. Mailed notice (ags, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.